UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Detyens Shipyards, Inc.,<br><br>Plaintiff,<br><br>versus<br><br>M/V VICTORY I, her hull, tackle, fixtures, equipment, engine(s), furniture, freights, apparel, and appurtenances, including slot machines, gaming equipment, and other casino machines, *in rem*, and Sophlex Enterprises, Inc., d/b/a Victory Casino Cruises, *in personam,*<br><br>Defendants, | Civil Action No. 2:26-cv-04893-DCN<br><br>**ORDER AUTHORIZING ISSUANCE OF WARRANT IN ACTION <u>IN REM</u>** |

After due consideration of the Verified Complaint and supporting documents in this action, I find that the conditions for an action *in rem* appear to exist; therefore,

IT IS HEREBY ORDERED, that the Clerk of this Court shall issue a Warrant for Arrest in an action *in rem* for the arrest of the M/V VICTORY I, her hull, tackle, fixtures, equipment, engine(s), furniture, freights, apparel, and appurtenances, including slot machines, gaming equipment, and other casino machines in accordance with Rule C of the Supplemental rules for certain Admiralty and Maritime Claims, Federal Rules of Civil Procedures; and

IT IS FURTHER ORDERED that a United States Marshal for this District shall serve copies of this Order, Warrant, Summons, Complaint, and other documents filed in the above captioned matter, upon the Defendant vessel at the time of the arrest of said vessel; and

IT IS FURTHER ORDERED that a United States Marshal shall inspect the vessel at the time of the seizure, for the purpose of locating and seizing the vessel, her documentation, and port clearance papers, if any; upon seizure of such documents, a United States Marshal shall transfer

possession of the vessel, documentation and papers, if any, to the Substitute Custodian for safe keeping until further disposition by this Court; and

IT IS FURTHER ORDERED that the United States Marshal, with the assistance of the Substitute Custodian, shall inventory all equipment, furniture, freights, appurtenances, and currency on the vessel at the time of the seizure, and the United States Marshal shall maintain all currency or freights found in a place of safe keeping selected by the United States Marshal;

IT IS FURTHER ORDERED that the owner, charter, master, ranking officer, or caretaker of said vessel shall be and hereby is informed that the claimant of said vessel is entitled to a prompt hearing before a Judge of this Court and shall be entitled to an Order Vacating the Arrest forthwith and granting other appropriate relief, unless Plaintiff shows cause at the hearing why such an Order should not be granted.

AND IT IS SO ORDERED!

David C. Norton
United States District Judge

October 19, 2026
Charleston, South Carolina