UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Detyens Shipyards, Inc., Plaintiff, versus M/V VICTORY I, her hull, tackle, fixtures, equipment, engine(s), furniture, freights, apparel, and appurtenances, including slot machines, gaming equipment, and other casino machines, *in rem*, and Sophlex Enterprises, Inc., d/b/a Victory Casino Cruises, *in personam*, Defendants, | Civil Action No. **2:26-cv-04893-DCN** <br><br> **WARRANT FOR ARREST IN ACTION <u>IN REM</u>** |

TO: THE MARSHAL OF THE UNITED STATES OF AMERICA in and for the District of South Carolina:

WHEREAS, a Complaint has been filed in the United States District Court for the District of South Carolina, by the above Plaintiff, against the M/V VICTORY I, her hull, tackle, fixtures, equipment, engine(s), furniture, freights, apparel, and appurtenances, including slot machines, gaming equipment, and other casino machines, *in rem*, upon a Maritime Claim for enforcement of a Maritime Lien encumbering the above described vessel in the amount of $790,666.00 as of September 7, 2026, plus prejudgment interest as may accrue plus such costs and attorney's fees as may be awarded, for the reasons and causes in said Complaint mentioned, and praying process of Warrant of Arrest of said vessel, that all persons interested in the said vessel and other property may be cited in general and special to answer the premises, and all proceeding being had that the said vessel and other property may for the causes in said Complaint mentioned be condemned and sold to pay demands of Plaintiff;

YOU ARE THEREFORE COMMANDED UPON AUTHORITY OF THIS COURT to forthwith seize the Defendant vessel, her documentation, port clearance papers, pertinences, furniture, equipment, freights, and currency on board, if any, to detain the same in your custody until possession can be transferred to this Court's duly appointed Substitute Custodian or until further order of this Court respecting the same, to give due notice to all persons claiming the same, or knowing, or having to say why the same should not be condemned and sold pursuant to the prayer of said Complaint, as such persons or entities much file their Verified Claim with the Clerk of this Court within ten (10) days after the execution of this process, or within such additional time as may be allowed by the Court, and must serve their Answer or otherwise intervene in the above captioned action as prescribed by the Federal Rules of Civil Procedure within twenty (20) days after the filing of this Claim.

YOU ARE FURTHER COMMANDED to file your return promptly after execution with the Clerk of this Court.

DEFENDANTS are required to file a Claim with the Clerk of this Court and to answer or object to said Complaint and to answer or object to any interrogatories or otherwise intervene in the above captioned action within the time above fixed, or as set forth in Supplemental Admiralty Rule C, Federal Rules of Civil Procedure; otherwise, the Plaintiff may seek interlocutory or final judgment as may be proper. This warrant is issued pursuant to Rule C at the request of the attorneys for the Plaintiff, Hood Law Firm, LLC, by James B. Hood, Esquire, P.O. Box 1508, Charleston, South Carolina, 29402, (843) 577-1223 on this _19th___ day of October 2026, at Charleston, South Carolina.

SIGNATURE ON FOLLOWING PAGE

United States District Court

District of South Carolina

By: ______________________________
Deputy Clerk

October 19, 2026
Charleston, South Carolina