*U.S. GPO: 2003-498-572/61234

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

RECEIVED USDC CLERK, CHARLESTON, SC 2026 OCT 29 A 9: 24

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Detyens Shipyards, Inc. | 2:26-CV-04893-DCN |
| DEFENDANT | TYPE OF PROCESS |
| | |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James D. Lucas, Jr.

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
198 East Bay St. Suite 101, Charleston, SC 29401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | Number of process to be served with this Form - 285 | |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

James D. Lucas, Jr. of James D. Lucas, Jr. & Co., LLC.
Office # 843-577-5782
Mobile # 843-224-8404

Fold

RECEIVED 2026 OCT 20 AM 10 UNITED STATES MARSHALS COLUMBIA, SC

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 843-577-1226 | 10/15/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. DTI | No. DTI | Sonya Adams | 10/20/26 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (*complete only if different than shown above*) M/V Victory I, Detyen's Shipyard 1670 Dry Dock Ave, North Charleston, SC 29405 | Date of Service 10/28/26 | Time 10:15 am pm |
| | Signature of U.S. Marshal or Deputy [signature] 31225 | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $195.00 | $5.32 | N/A | $200.32 | | | |

REMARKS:

3 DUSM 7.0MI

*U.S. GPO: 2003-498-572/61234

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

RECEIVED
USDC CLERK, CHARLESTON, SC
2026 OCT 29 A 9:24

| | |
|---|---|
| PLAINTIFF: Detyens Shipyards, Inc., | COURT CASE NUMBER: 2:26-CV-04893-DCN |
| DEFENDANT: | TYPE OF PROCESS: |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: M/V VICTORY I

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 1670 Dry Dock Avenue, North Charleston, SC 29405

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | Number of process to be served with this Form - 285 | |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

RECEIVED
UNITED STATES MARSHALS
COLUMBIA, SC
2026 OCT 20 AM 10:02

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

M/V VICTORY I is currently at Pier at the above address

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 843-577-1226 | 10/15/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D71 | No. D71 | [signature] | 10/20/26 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service: 10/28/26 — Time: 10:15 (am) pm |
| | Signature of U.S. Marshal or Deputy: [signature] 31225 |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $195.00 | $5.32 | N/A | $200.32 | | | |

REMARKS:

3 DUSM 7.0 mi