IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

Detyens Shipyards, Inc.,

Plaintiff,

vs.

M/V VICTORY I, her hull, tackle, fixtures, equipment, engine(s), furniture, freights, apparel, and appurtenances, including slot machines, gaming equipment, and other casino machines, in rem, Sophlex Enterprises, Inc., d/b/a Victory Casino Cruises, in personam, and Tynda Holdings, LLC, in personam,

Defendants.

Civil Action No. 2:26-cv-04893-DCN

**VERIFIED STATEMENT OF INTEREST**

Tynda Holdings LLC ("Tynda"), as owner of the vessel M/V VICTORY I as hereinabove described ("the Vessel") makes this verified statement of right or interest in the Vessel, pursuant to Rule C(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("the Supplemental Rules"), and states that it is the owner of the Vessel and as such has the sole right to possession and use of the same. Tynda's appearance is restricted, pursuant to Rule E(8) of the Supplemental Rules, to the defense of the Plaintiff's admiralty claims as to which *in rem* process has been issued against the Vessel or any security provided in lieu thereof, and shall not constitute an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

HINES & GILSENAN LLC

/s/ Julius H. Hines
Ryan Gilsenan, Fed. ID No. 9837
Julius H. Hines, Fed. ID No. 5807
Edward "Jay" Smith, Fed. ID No. 13429
1535 Hobby Street, Suite 203D

Charleston Navy Yard
North Charleston, South Carolina 29405
T: 843-266-7577
E: Gilsenan@hinesandgilsenan.com
E: Hines@hinesandgilsenan.com
E: Smith@hinesandgilsenan.com

*Attorneys for Tynda Holdings LLC*

November 11, 2026
Charleston, South Carolina

# VERIFICATION

The undersigned Julius H. Hines states that he is an attorney for Tynda Holdings LLC ("Tynda"), and is authorized to execute this verification on Tynda's behalf. He has read the foregoing Verified Statement of Interest and knows the contents thereof and that same are true to his own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters he believes them to be true.

The grounds of the undersigned's belief as to all matters not stated upon his personal knowledge are Tynda's records and papers in the undersigned's possession.

I verify under penalty of perjury that the foregoing is true and correct.

______________________________
Julius H. Hines

Executed on November 11, 2026, at Charleston, South Carolina